**IN THE UNITED STATES DISTRICT COURT**
**OKLAHOMA EASTERN DIVISION - MUSKOGEE**

<u>Oklahoma Plaintiff</u>

1. **LOWERY WILKINSON LOWERY,**
   **L.L.C., an Oklahoma Limited**
   **Liability Company. by and through**
   **principal owners, MARGARET J.**
   **LOWERY & RONALD D. WILKINSON,**

                        **Plaintiffs,**

   **vs.**

<u>Illinois Defendants</u>

2. **STATE OF ILLINOIS d/b/a ILLINOIS**
   **SUPREME COURT d/b/a ATTORNEY**
   **REGIST-RATION & DISCIPLINARY**
   **SYSTEM by and through their**
   **employees & volunteers Joy**
   **Cunningham, PETER ROTSKOFF,**
   **RACHEL MILLER, JOSE LOPEZ, MARTHA**
   **FERDINAND, ELIZABETH DELHEIMER,**
   **LEA GUTIERREZ, JEROME LARKIN, &**
   **AMY GRANT, the ADA Coordinator.**

3. **ST. CLAIR COUNTY, ILLINOIS**
   **by and through their employee**
   **ANDREW GLEESON,**

                        **Defendants.**

**CASE NUMBER: CIV-25-22-JAR**

<u>Federal Statutes Invoked</u>

<u>ADA & Rehabilitation Act</u> **- 42 U.S.C.**
**§ 12132 & 29 U.S.C. § 794**

**Title 18 U.S.C. §241, §875, §1503 &**
**§2261A**

<u>Civil Rights</u> **- Title 42 U.S.C. §1983**

<u>Clayton Act</u> **- Title 15 U.S.C. §12-27**

**JURY TRIAL DEMANDED**

**TO DEFENDANTS STATE OF ILLINOIS & ST CLAIR COUNTY:**

YOU ARE HEREBY NOTIFIED that a TRO & Request for Permanent Injunction was filed in the above captioned case on February 2, 2025. A copy of the pleading was sent by email to Defendants by email.

Respectfully submitted,

LOWERY WILKINSON LOWERY LCC

*Ronald D. Wilkinson*

Ronald D. Wilkinson, OBA 15157
505 North Main Street, Suite 123
Muskogee, Oklahoma 74401
(918) 361-9652
RonW@lowerywilkinsonlowery.com