IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Oklahoma Plaintiff**<br>1. LOWERY WILKINSON LOWERY, L.L.C., an Oklahoma Limited Liability Company, by and through principal owners Margaret J. Lowery & Ronald D. Wilkinson,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**Illinois Defendants**<br>2. STATE OF ILLINOIS d/b/a ILLINOIS SUPREME COURT d/b/a ATTORNEY REGISTRATION & DISCIPLINARY SYSTEM by and through their employees & volunteers Joy Cunningham, Peter Rotskoff, Rachell Miller, Jose Lopez, Martha Ferdinand, Elizabeth Delheimer, Lea Gutierrez, Jerome Lark, & Amy Grant, the ADA Coordinator,<br>3. ST. CLAIR COUNTY, ILLINOIS by and through their employee ANDREW GLEESON,<br><br>　　　　　Defendants. | **Case No.: 25-cv-22-RAW** |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance, as counsel in this case for **Defendant: State of Illinois**. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully Submitted,

/s/  *Lexie P. Norwood*
**LEXIE P. NORWOOD, OBA#31414**
Assistant Attorney General
Litigation Division
Oklahoma Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
Telephone:   (405) 522-4798
Facsimile:    (405) 521-6246
Email:         lexie.norwood@oag.ok.gov
*Attorney for the State of Illinois*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day February 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record who are registered participants.

/s/ *Lexie P. Norwood*
Lexie P. Norwood