IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOWERY WILKINSON LOWERY, LLC., *et al.*, | ) ) ) |
| Plaintiffs, | ) No. 6:25 CV 00022-RAW ) |
| v. | ) Honorable Ronald A. White ) ) |
| STATE OF ILLINOIS, *et al.*, | ) ) |
| Defendants. | ) |

**ASSISTANT ATTORNEYS GENERAL MARCI L. SAHINOGLU'S MOTION TO WITHDRAW REPRESENTATION OF DEFENDANT STATE OF ILLINOIS**

Assistant Attorney General Marci L. Sahinoglu respectfully requests that this Court grant her motion to withdraw representation of Defendant State of Illinois in this matter. In support of this motion, she states as follows:

1. Assistant Attorney General Sahinoglu previously filed her appearance to represent Defendant State of Illinois in this matter. (ECF No. 25).

2. Assistant Attorney General Sahinoglu will no longer be employed with the Illinois Attorney General's Office as of May 16, 2025.

3. For these reasons, Assistant Attorney General Sahinoglu seeks to withdraw her representation of Defendant State of Illinois in this case.

4. Defendant State of Illinois will continue to be represented by local counsel Lexie P. Norwood, and Assistant Attorney General Michael T. Dierkes' motion for admission *pro hac vice* is pending. Assuming that motion is granted, Mr. Dierkes will also represent Defendant State of Illinois.

**WHEREFORE**, Assistant Attorney General Sahinoglu respectfully requests that this Court grant her motion to withdraw representation of Defendant State of Illinois.

                                              Respectfully Submitted,

                                              KWAME RAOUL
                                              Illinois Attorney General

By:    */s/ Marci L. Sahinoglu*
        MARCI L. SAHINOGLU
        ASSISTANT ATTORNEY GENERAL
        Office of the Illinois Attorney General
        Government Representation Division
        General Law Bureau – Civil Rights Unit
        115 S. LaSalle Street
        Chicago, IL 60603
        Marci.sahinoglu@ilag.gov
        312.636.5595