## Cheryl Culwell

**Subject:** FW: Writ to 10th Circuit
**Attachments:** image497290.png

**From:** Ron W <ronw@lowerywilkinsonlowery.com>
**Sent:** Friday, May 16, 2025 8:03 PM
**To:** Bill Leach <bill.leach@mcafeetaft.com>
**Cc:** Marci Sahinoglu <Marci.Sahinoglu@ilag.gov>; Michael Dierkes <Michael.Dierkes@ilag.gov>
**Subject:** Re: Writ to 10th Circuit

Mr. Leach

I would be more worried about the views on your bullying post. Now the whole world knows how you bully women. You made the "I Find Retard" of the week award. Your firm will love you. 🤭

Or maybe we didn't. I guess you will have to find out for yourself. 😆  Anyway, if my client wanted to make you famous, it would take one click.

RDW



| ♡ | ↻ | 💬 |
|---|---|---|
| 1.44K | 140 | 62 |

| Impressions ⓘ | Engagements ⓘ | Detail expands ⓘ |
|---|---|---|
| **84,995** | **2,248** | **497** |

Profile visits ⓘ
**93**

Sent from my iPad

**DEFENDANT SCC'S EXHIBIT 6**

1

On May 16, 2025, at 5:00 PM, Bill Leach <bill.leach@mcafeetaft.com> wrote:

None of the exhibits are attached. Please provide immediately.

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Ron W <ronw@lowerywilkinsonlowery.com>
**Sent:** Friday, May 16, 2025 4:56:08 PM
**To:** Sahinoglu, Marci <marci.sahinoglu@ilag.gov>; Dierkes, Michael <michael.dierkes@ilag.gov>
**Cc:** Bill Leach <bill.leach@mcafeetaft.com>
**Subject:** Writ to 10th Circuit

Attached please find the Writ filed in the 10th Circuit moments ago. As soon as we have the case number, we will so advise. In accordance with 10th Circuit procedures, you were notified of the filing.

Ronald D. Wilkinson
Lowery Wilkinson Lowery, L.L.C.
505 North Main Street, Suite 123
Muskogee, OK 74401
ronw@lowerywilkinsonlowery.com

Licensed to practice in Oklahoma only.

The contents of this email & any attachments are intended solely for the addressee(s) listed above. Do not forward this email without sender's permission. This communication is confidential and may be subject to applicable attorney client and/or work product privileges. Do not deliver, distribute or copy this message and/or any attachments if you are not the intended recipient.